UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:19CR1040 HEA |
| DEMETRIUS INGRAM, | ) ) ) |
| Defendant. | ) ) |

## **OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on the Reports and Recommendations of Magistrate Judge John M. Bodenhausen addressing Defendant's Motion to Dismiss or in the Alternative, to Suppress, [Doc. No. 83]. In his June 29, 2021 Report and Recommendation, Judge Bodenhausen recommended that the Defendant's Motion be denied. Defendant has not filed written objections to these recommendations.

Judge Bodenhausen thoroughly analyzes the law and facts in this matter. His recommendation is based on sound legal authority and detailed analysis. Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss or in the Alternative, to Suppress, [Doc. No. 83], is **DENIED**.

Dated this 23rd day of July, 2021.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE